**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. **Debtor's name** | Atwood Contracting, LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 81-1885996 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 434 Bellamy Rd | c/o Carl McGowan |
| Number    Street | Number    Street |
| | 657 Paradise Ln |
| | P.O. Box |
| Homer          GA    30547 | Pearson          GA    31642 |
| City            State   ZIP Code | City             State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Banks County | |
| County | Number    Street |
| | |
| | City             State   ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor  Atwood Contracting, LLC _____    Case number (if known)_____
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   1771

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____  When ____/____/____  Case number _____
                              MM / DD / YYYY
         District _____  When ____/____/____  Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes. Debtor _____  Relationship _____
         District _____  When ____/____/____
                                                  MM / DD / YYYY
         Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor   Atwood Contracting, LLC _____   Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                                                    Number        Street<br>_____<br>_____<br>City                                     State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000<br>☑ 50-99          ☐ 5,001-10,000       ☐ 50,001-100,000<br>☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated assets** | ☑ $0-$50,000             ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor __Atwood Contracting, LLC_____  Case number (*if known*)_____
     Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/28/2021__
              MM / DD / YYYY

✖ __/s/ Carl McGowan_____      __Carl McGowan_____
Signature of authorized representative of debtor     Printed name

Title __Authorized Signer_____

**18. Signature of attorney**

✖ __/s/ Charles N. Kelley, Jr._____      Date __10/28/2021__
Signature of attorney for debtor                  MM / DD / YYYY

__Charles N. Kelley, Jr._____
Printed name
__Kelley & Clements LLP_____
Firm name
__PO Box 2758_____
Number      Street
__Gainesville_____ __GA__ __30503_____
City                                    State     ZIP Code

__770-531-0007_____      __ckelley@kelleyclements.com__
Contact phone                           Email address

__412212_____      __GA_____
Bar number                        State

Advantage Leasing Corporation
13400 Bishop's Ln, Ste 280
Brookfield, WI 53005

American Concrete
P.O. Box 2508
Augusta, GA 30903

American Express
P.O. Box 1270
Newark, NJ 07101

Argos USA LLC
P.O. Box 733134
Dallas, TX 75373

Argos USA LLC
3015 Windward Plaza
Ste 300
Alpharetta, GA 30005

Argos USA, LLC
3015 Windward Plaza
Ste 300
Alpharetta, GA 30005

Bank of America
P.O. Box 982238
El Paso, TX 79998

Banks County Board of Assessors
150 Hudson Rdg., #6
Homer, GA 30547

Banks County Tax Commissioner
150 Hudson Rdg, Ste 7
Homer, GA 30547

Bobcat of Atlanta
2006 Delk Industrial Blvd., S.E.
Marietta, GA 30067

Bobcat of Gwinnett, LLC
6972 Best Friend Road
Atlanta, GA 30340

Bryan Kaplan
Kaplan Legal Services, LLC
6065 Roswell Road, Ste 540
Atlanta, GA 3028

Catherine M. Bolger
McCorkle, Johnson & McCoy LLP
319 Tattnall Street
Savannah, GA 31401

CCP
P.O. Box 2647
Anderson, SC 29622

Central Atlanta Tractor Sales
4240 Martin Luther King Jr Dr
Atlanta, GA 30336

Citi Cards
P.O. Box 6077
Sioux Falls, SD 57117

City of South Fulton Police
Citation Processing Center
3903 Volulnteer Drive, Ste 400
Chattanooga, TN 37416

Crystal Creek Inert Landfill
777 W. Winder Ind. Parkway
Monroe, GA 30656

DCM Services, LLC
P.O. Box 1240
Minneapolis, MN 55440

Diamond Blade Warehouse
P.O. Box 5759
Vernon Hills, IL 60061

Dyke's Paving & Construction Company Inc.
2775 Mechanicsville Road
Norcross, GA 30071

Endurance Pressure Washing LLC
12100 King Road
Roswell, GA 30075

Ernest T. Lopez
2775 Mechanicsville Rd
Peachtree City,  30071

Ernst Concrete
P.O. Box 1506
Lawrenceville, GA 30046

Foley Products Company
P.O. Box 2447
Columbus, GA 31902

Ford Motor Company
P.O. Box 689007
Franklin, TN 37068

Georgia Department of Revenue
Taxpayer Services
P.O. Box 105499
Atlanta, GA 30348

Georgia Department of Revenue
Compliance Division ACRS-Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Georgia Dept of Labor
P.O. Box 740234
Atlanta, GA 30374

Georgia Dept of Motor Vehicles
P.O. Box 740381
Atlanta, GA 30374

Georgia Dept of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321

Georgia's Own Credit Union
P.O. Box 105205
Atlanta, GA 30348

Harrison Oil Company
P.O. Box 1215
Gainesville, GA 30503

HD Supply Construction & Industrial White Cap
P.O. Box 4852
Orlando, FL 32802

Hernandez Concrete Master of Concrete
8159 Connally Drive
Douglasville, GA 30134

Hodges & Hicks General Contractors
1085 Old Roswell Road
Roswell, GA 30076

Humana
1100 Employers Blvd.
Green Bay, WI 54344

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

James B. Totter, Esq.
Trotter Jones LLP
3527 Walton Way Ext.
Augusta, GA 30909

John Deere Financial
P.O. Box 4450
Carol Stream, IL 60197

Komatsu Financial
P.O. Box 99303
Chicago, IL 60693

Komatsu Financial
8770 W. Bryn Mawr Ave.
Ste.100
Chicago, IL 60631

Lamar Ewing Trucking, Inc.
2291 Parkwood Road
Snellville, GA 30039

Laura M. Danks
Capehart & Scatchard, P.A.
P.O. Box 5016
Mount Laurel, NJ 08054

Live Oak Construction Supply, Inc.
4225 Steve Reynolds Blvd.
Norcross, GA 30093

Mantis Funding
c/o M. Cabrera & Associates
2002 Route 17M, Unit 12
Goshen, NY 10924

Mantis Funding LLC
225 Clematis Street
West Palm Beach, FL 33401

Matthew E. Donahue, Esq.
Busch, Reed, Jones & Leeper P.C.
639 Whitlock Avenue
Marietta, GA 30064


McGriff Insurance Services
7701 Airport Center 1800
Greensboro, NC 27409


Medallion Bank
P.O. Box 5493
Carol Stream, IL 60197


Medallion Bank
P.O. Box 3999
St. Joseph, MO 64503


MES Enterprises
130 Shealy Turkey Farm Road
Winterville, GA 30683


Metro Green Recycling, LLC
4351 Pleasantdale Road
Homer, GA 30547


Metro Site Inc.
180 Industrial Park Blvd.
Commerce, GA 30529


Morgan Concrete Co.
P.O. Box 246
Toccoa, GA 30577


Morin Diesel LLC
1587 Portland Cobalt Road
Portland, CT 06480


Napa Auto Parts
P.O. Box 2047
Norcross, GA 30091


North Mill Equipment Finance LLC
601 Merritt 7
Ste. 5
Norwalk, CT 06851


Paypal Credit Services
P.O. Box 960080
Orlando, FL 32896


Plateau Excavation, Inc.
375 Lee Industrial Blvd.
Austell, GA 30168


PNC Bank
P.O. Box 856177
Louisville, KY 40285


PNC Equipment Finance
P.O. Box 825303
Philadelphia, PA 19182


PNC Equipment Finance
P.O. Box 8225303
Philadelphia, PA 19182


Pritchett Tire-Banks Crossing
30393 Hwy 441N
Commerce, GA 30529


Richard M. Howe, Esq.
Howe Law Firm, PC
4358 Kimball Bridge Rd., Ste 100
Alpharetta, GA 30022


Schaeffer's Mfg. Co.
Department 3518
P.O. Box 790100
Saint Louis, MO 63179


Selective Insurance Company of America
1011 Boulder Springs Drive
Ste 100
Richmond, VA 23225


Sheffield Financial
P.O. Box 580229
Charlotte, NC 28258


Simpson Trucking & Grading Inc.
1364 Candler Road
Gainesville, GA 30507


Site Mix
2310 Perimeter Park Drive
Atlanta, GA 30341


Stovall & Co., Inc.
5157 Carson Ct.
Buford, GA 30518

Summit Consulting, LLC
P.O. Box 32034
Lakeland, FL 33802

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384

Swift Financial
3505 Silverside Road
Ste. 200
Wilmington, DE 19810

Synergy Equipment
3660 Erindale Drive
Valrico, FL 33596

Synergy Rents, LLC
Mail Code: 5640
P.O. Box 71200
Charlotte, NC 28272

Systems & Services Technologies Inc.
4315 Picket Road
Saint Joseph, MO 64503

Terrain Technology, Inc.
2993 Heavenly Lane
Snellville, GA 30078

Time Payment
200 Summit Dr., Suite 100
Burlington, MA 01803

Tractor & Equipment Company
P.O. Box 12326
Birmingham, AL 35202

Triple H Transport, Inc.
9598 Sandy Cross Road
Carnesville, GA 30521

United Community Bank
P.O. Box 519
Commerce, GA 30529

United Rentals (North America), Inc.
P.O. Box 100711
Atlanta, GA 30384

Verizon
P.O. Box 489
Newark, NJ 07101

Verizon
P.O. Box 660108
Dallas, TX 75266

Veronica Perry
Greenberg, Grant & Richards, Inc.
P.O. Box 571811
Houston, TX 77257

Vulcan Materials Company
800 Mount Vernon Hwy.
Ste 200
Atlanta, GA 30328

Walker Concrete Co.
P.O. Box 2637
Stockbridge, GA 30281

Walker Concrete Company
Dept. 40192
P.O. Box 2153
Birmingham, AL 35287

Waste Management
P.O. Box 43290
Phoenix, AZ 85080

Wells Fargo Vendor Financial Services
5000 Riverside Drive
Ste 300 East
Irving, TX 75039

WEX, Inc.
1 Hancock Street
Portland, ME 04101

White Cap, L.P.
P.O. Box 4944
Orlando, FL 32802

Zachter PLLC
2 University Plaza, Ste 205
Hackensack, NJ 07601

United States Bankruptcy Court

Northern District of Georgia

In re: Atwood Contracting, LLC

Case No.

Chapter 7

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/28/2021

/s/ Carl McGowan
Signature of Individual signing on behalf of debtor

Authorized Signer
Position or relationship to debtor